# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0480
_____

CHASTITY POLO,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
BRIGHT CARE MEDICAL GROUP
LLC,

    Appellees.

_____


On appeal from the Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

February 20, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Chastity Polo, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.